**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BIZNISPORT LLC, a Croatian limited liability company also known as Biznisport d.o.o., | Civil Action No. 26-cv-1817 (SHS) |
| Plaintiffs, | |
| v. | |
| KADENA LLC, a Connecticut limited liability company, | |
| Defendant. | June 19, 2026 |

### SECOND AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

The Defendant, Kadena LLC ("Defendant") discloses that it is a limited liability company organized and existing under the laws of the State of Connecticut.

Defendant has 27 members, two of which are trusts, two of which are limited liability companies and one of which is a limited partnership. The individual members, trustees of the trusts, and/or ultimate beneficial owners of the limited liability companies and partnerships that are United States residents are domiciliaries of the following states for diversity purposes: California, Connecticut, Florida, Illinois, Kansas, Maryland, New Jersey, New York, and Texas.

One member of Kadena, who is a United States citizen, currently resides in Sweden. Said member has resided in outside the United States since 2020, intends to remain in Sweden for the foreseeable future, and maintains no domicile or residence in the United States. Pursuant to *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 828, 109 S. Ct. 2218, 2221 (1989), a United States citizen who does not have residence in a "state" (as defined by 28 U.S.C. § 1332(e), is considered "stateless" pursuant to 28 U.S.C. § 1332(a)(2): "'stateless' status

1

4908-6152-9012, v. 7

destroy[s] complete diversity under § 1332(a)(3), and his United States citizenship destroyed complete diversity under § 1332(a)(2)." *Id.* at 829; *Herrick Co. v. SCS Commc'ns, Inc.*, 251 F.3d 315, 322 (2d Cir. 2001) ("United States citizens domiciled abroad are neither citizens of any state of the United States nor citizens or subjects of a foreign state, so that § 1332(a) does not provide that the courts have [diversity] jurisdiction over a suit to which such persons are parties." (Internal punctuation and citations omitted).) "[I]f an American citizen is residing abroad permanently, the citizen cannot sue or be sued in federal court on the basis of diversity of citizenship." 15A Moore's Federal Practice - Civil § 102.37. Accordingly, it appears that diversity jurisdiction is lacking on account of the "stateless" status of Kaden's member residing in Sweden.

It is noted that counsel for Defendant is still in the process of ascertaining the domicile of the trustee of one trust.  Subject to the foregoing, Defendant is aware of no parent corporation or publicly traded public company that holds 10% or more of Defendant's membership interests. Defendant will update and supplement this disclosure once it obtains the additional information concerning the identity and citizenship of the remaining individual.

**THE DEFENDANT AND**
**COUNTERCLAIM PLAINTIFF:**
**KADENA LLC**

By:    */s/ Jeffrey M. Sklarz*
Jeffrey M. Sklarz
Robert M. Fleischer
GREEN & SKLARZ LLC
One Audubon Street, Third Floor
New Haven, CT 06511
(203) 285-8545
jsklarz@gs-lawfirm.com
rfleischer@gs-lawfirm.com

4908-6152-9012, v. 7

3

4908-6152-9012, v. 7