UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIZNISPORT LLC,<br>Plaintiff,<br>v.<br>KADENA LLC,<br>Defendant. | 26-cv-1817 (SHS)<br><u>ORDER</u> |

SIDNEY H. STEIN, U.S. District Judge.

On June 19, 2026, defendant Kadena LLC filed a Second Amended Corporate Disclosure Statement in which it reported that one of its members may be a "stateless" person and that it had yet to ascertain the citizenship of a trustee of one of its member trusts. (Dkt. No. 15.) In light of these statements, on June 22, this Court issued an order directing plaintiff Biznisport LLC to show cause as to why this action should not be dismissed for lack of subject matter jurisdiction. (Dkt. No. 18.) Plaintiff responded to the Court's order on June 26. (Dkt. No. 19.) Plaintiff asserts that dismissal is neither warranted nor appropriate because the record is incomplete as to the citizenship of defendant's members and sub-members and requests that the Court permit discovery into the facts necessary to ascertain whether diversity jurisdiction is present.

Considering defendant's statements that at least one of its members may be stateless and its failure to date to identify the citizenship of one of its member trusts, the Court grants plaintiff's request. For a period of 61 days, until September 8, 2026, plaintiff may conduct discovery into the facts necessary to ascertain whether diversity jurisdiction exists. Defendant is directed to file a notice setting forth the citizenship of its remaining member trust.

Dated: New York, New York
July 9, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.